United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KANTEE WREH JACOBS,
Plaintiff,
v.
B YARD SARGENT,
Defendant.

Case No. 21-cv-08242-WHO (PR)

**ORDER REOPENING ACTION**

Dkt. No. 16

This federal civil rights action was dismissed in 2023 because mail sent by the Court to plaintiff Jacobs had been returned as undeliverable. (Dkt. Nos. 13 and 14.) In 2026, Jacobs filed a motion to reopen, which is GRANTED. (Dkt. No. 16.) The action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

If Jacobs wishes to file an amended complaint, he should inform the Court in writing within 30 days from the date of his order. If the Court does not hear from Jacobs within those 30 days, the Court will assume he wishes to proceed with the complaint he filed in 2021.

The Clerk shall terminate Dkt. No. 16.

**IT IS SO ORDERED.**

**Dated:** November 4, 2026

WILLIAM H. ORRICK
United States District Judge